**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Richard McWhorter, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-00776 UNA |
| | ) | |
| | ) | |
| Walmart, Inc., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The above styled and numbered case was opened on June 15, 2020, and assigned to the

Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case

should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern

Division and assigned to the Honorable John M. Bodenhausen, United States Magistrate Judge,

under cause number 2:20-cv-00JMB .

**IT IS FURTHER ORDERED** that cause number 4:20-cv-00776 UNA be

administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: June 16, 2020                        By: /s/ Michele Crayton
                                                Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:20-cv-00033 JMB.**